**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Tyson Oglesby , No. 3:25-cr-238

**ATTORNEY FOR GOVERNMENT:** Phil Wehby

**ATTORNEY FOR DEFENDANT:** Peter Strianse ☐ AFPD ☐ Panel ☒ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ☒ NO  **LANGUAGE:** ____
**INTERPRETER:** ____  ☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☐ **INITIAL APPEARANCE**  ☐ **ON A SUMMONS**  ☐ **ARRESTED ON:** ____
 DEFENDANT HAS A COPY OF:
  ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: ____
  ☐ Defendant advised of the charges & maximum penalties    ☐ Defendant provided the financial affidavit
  ☐ Defendant advised right of counsel    ☐ Counsel retained    ☐ FPD appointed
  ☐ Defendant advised of right to silence        ☐ Defendant advised of right to Consular Notification
  ☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☐ Government filed motion for detention        ☐ Defendant waived detention hearing
  ☐ Defendant temporarily detained        ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody        ☐ Defendant to be returned to State custody
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant released on:
       ☐ Standard  ☐ Special  ☐ Appearance Bond: ____    ☐ Property Bond
  ☐ RULE 5- Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY** ☐ **DETENTION** ☐ **ARRAIGNMENT CONTINUED TO:** ____
  ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**    (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges receipt of Indictment/Information   ☐ Indictment/Information read to Defendant
  ☐ Defendant waived reading thereof        ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY   ☐ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** December 10, 2025    **TOTAL TIME:** 1 hour 42 minutes
**BEGIN TIME:** 1:03 p.m.    **END TIME:** 2:45 p.m.
☒ Digitally Recorded  ☐ Court Reporter: ____

UNITED STATES OF AMERICA v. Tyson Oglesby_____ No. 3:25-cr-238_____

☐ **RULE 5 IDENTITY HEARING**      CONTINUED TO: _____
    ☐ Defendant found to be person named in the warrant
    ☐ Defendant NOT found to be the person named in the warrant & released
    ☐ Defendant waived identity hearing

☐ **PRELIMINARY HEARING**      CONTINUED TO: _____
    ☐ Probable cause found      ☐ Probable cause NOT found; Released from custody
    ☐ Defendant waived preliminary hearing      ☐ Other: _____
    ☐ RULE 5- Defendant reserved right to have hearing in the District of Prosecution

☒ **DETENTION HEARING**      CONTINUED TO: _____
    ☐ Government withdrew motion for detention
    ☐ Bond set at: _____      ☒ Defendant released on: December 10, 2025
    ☐ Defendant detained; order to enter      ☐ ICE detainer
    ☐ Defendant waived detention hearing      ☐ Defendant reserved right to hearing in future
    ☐ Defendant to remain in Federal custody      ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of Defendant's release pending appeal
    ☐ RULE 5- Defendant elected to have hearing in District of Prosecution

☐ **OTHER**
    ☐ Type of hearing and outcome: _____
_____

☐ **DEFENDANT DIDN'T APPEAR AS DIRECTED; BENCH WARRANT ISSUED**

---

**NOTES/EVIDENTIARY MATTERS:**      ☒ **Witness/Exhibit list attached**

Page 2 of 2